**Electronically Filed
Supreme Court
SCWC-13-0000828
05-DEC-2014
10:05 AM**

SCWC-13-0000828

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

TYRONE WILLIAMS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000828; CR. NO. 11-0183; CR. NO. 12-1-0814)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Tyrone Williams's

Application for Writ of Certiorari filed on October 20, 2014, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 5, 2014.

Taryn R. Tomasa
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

